UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6787 PA (PJWx) | Date | November 5, 2014 |
|---|---|---|---|
| Title | Jason Alexander Gleake v. JP Morgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Julieta Lozano | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

  Before the Court are motions to dismiss filed by defendants J.P. Morgan Chase Bank, N.A. (Docket No. 13) and Ocwen Loan Servicing and Federal Home Loan Mortgage Corporation (Docket No. 15). The Court is in receipt of a First Amended Complaint filed by plaintiff Jason Alexander Gleake ("Plaintiff") on October 27, 2014. (Docket No. 20.) Plaintiff has filed the First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to "amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Therefore, Defendants' motions to dismiss are denied as moot. The hearings calendared for November 10, 2014 are vacated and the matters taken off calendar.

  IT IS SO ORDERED.