JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALEXANDER GEAKE, <br><br> Plaintiff, <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A.; OCWEN LOAN SERVICING LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1 through 100, inclusive; <br><br> Defendants. | Case No.:  14-cv-06787-PA (PJWx) <br><br> *Assigned to Hon. Percy Anderson* <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation for Dismissal of Plaintiff, JASON ALEXANDER GEAKE ("Plaintiff"), and Defendants, OCWEN LOAN SERVICING, LLC ("Ocwen") and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3 ("USB"), and for good cause appearing, hereby **ORDERS** as follows:

///

[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE

1.     The above-captioned action is dismissed in its entirety as to all parties **WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
Honorable Percy Anderson
United States District Court Judge

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE